UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SEAN STALLINGS,

                         Petitioner,

    -against-

R. WOODS,

                         Respondent.
----------------------------------------------------------------X

JUDGMENT
04-CV-4714 (RLM)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 28 2006 ★
TIME A.M. P.M. _____

      A Memorandum and Order of Honorable Roanne L. Mann, United States Magistrate Judge, having been filed on March 27, 2006, denying petitioner's petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of petitioner's claims; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of petitioner's claims.

Dated: Brooklyn, New York
       March 27, 2006

                                                                    ROBERT C. HEINEMANN
                                                                    Clerk of Court